MARSHALL C. WALLACE (BAR NO. 127103)
WILLIAM W. HUCKINS (BAR NO. 201098)
MOLLY A. O'TOOLE (BAR NO. 333953)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
       whuckins@allenmatkins.com
       motoole@allematkins.com

TOM R. NORMANDIN (BAR NO. 102265)
MICHAEL G. DAWE (BAR NO. 94987)
PRENOVOST, NORMANDIN, DAWE & ROCHA
A PROFESSIONAL CORPORATION
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone: (714) 547-2444
Fax: (714) 835-2889
E-Mail: tnormandin@pnbd.com
       mdawe@pnbd.com

Attorneys for Plaintiff
PSG CAPITAL PARTNERS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 17-30501-DM |
| BRUGNARA PROPERTIES VI, | (Adversary Proceeding No. 20-03003) |
| Debtors. | Chapter 7 |
| PSG CAPITAL PARTNERS, INC., a California corporation, | **STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE OF ADVERSARY PROCEEDING NO. 20-03003** |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, | |
| Defendant. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

STIPULATION FOR DISMISSAL OF
ADVERSARY PROCEEDING NO. 20-03003

Case: 20-03003   Doc# 40   Filed: 05/03/21   Entered: 05/03/21 10:44:15   Page 1 of 2

4840-6415-2035.1

Pursuant to a Settlement Agreement, Plaintiff PSG Capital Partners, Inc. and Defendant the United States of America, Department of the Treasury, Internal Revenue Service, by and through their attorneys of record, stipulate to an order dismissing the above-captioned Adversary Proceeding without prejudice, with each side bearing its own attorneys' fees and costs.

Dated: May 3, 2021

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/ Marshall C. Wallace*
MARSHALL C. WALLACE
Attorneys for Plaintiff, PSG Capital Partners, Inc.

Dated: May 3, 2021

PRENOVOST, NORMANDIN, DAWE &
ROCHA, A PROFESSIONAL CORPORATION

By: */s/ Tom R. Normandin*
TOM R. NORMANDIN
Attorneys for Plaintiff, PSG Capital Partners, Inc.

Dated: May 3, 2021

UNITED STATES DEPARTMENT OF
JUSTICE, TAX DIVISION

By: */s/ Mahana K. Weidler*
MAHANA K. WEIDLER
Attorneys for Defendant, United States of America, Department of the Treasury, Internal Revenue Service

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
4840-6415-2035.1

STIPULATION FOR DISMISSAL OF
ADVERSARY PROCEEDING NO. 20-03003
-2-

Case: 20-03003  Doc# 40  Filed: 05/03/21  Entered: 05/03/21 10:44:15  Page 2 of 2